## HOLTZMAN v. M. COHEN & BRO.

(Supreme Court, Appellate Term. March 5, 1909.)

Appeal from Municipal Court, Borough of the Bronx, Second District.
Action by Samuel Holtzman, an infant, against M. Cohen & Bro. From a judgment for plaintiff, defendants appealed. Affirmed.
Argued before GILDERSLEEVE, P. J., and MacLEAN and DAYTON, JJ.
Hirsh & Rasquin, for appellants.
Bernard S. Deutsch, for respondent.

PER CURIAM. Judgment affirmed, with costs.

MacLEAN, J. (dissenting). I dissent, on the testimony of the plaintiff that, knowing it was dangerous to try with his unprotected hands to extricate a fabric clogged in the machine, he still tried, and upon the testimony of his witness and expert that he could not have been injured unless he did something to release the clutch or start the machine, which, when running, made it impossible to remove the fabric.